IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN LUIS SANDOVAL-CASTRO, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-17-065 |
| | § | CRIMINAL ACTION NO. B-15-833-3 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

# ORDER

Pending is the Magistrate Judge's April 27, 2017, Report and Recommendation in the above-referenced cause of action. [Doc. No. 5] No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Petitioner Juan Luis Sandoval-Castro's Motion to Vacate, Set Aside, or Correct his Sentence, pursuant to 28 U.S.C. § 2255 [Doc. No. 1], is denied as meritless as it relates to his claim regarding the imposition of supervised release in Criminal Cause No. 1:15CR-833-3, and Petitioner Sandoval-Castro's petition is dismissed without prejudice for lack of jurisdiction as it relates to Criminal Cause No. 1:12CR-050-1. The issuance of a Certificate of Appealability is denied.

Signed this 30th day of May, 2017.

Andrew S. Hanen
United States District Judge